**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-6041**

_____

WILLIAM H. MATHEWS,

Plaintiff - Appellant,

versus

DOCTOR BRIGGS; MR. ROACH; L. FUENTES,
Dietician; ROSILIND WILSON; PRISON HEALTH
SERVICES; WESTERN CORRECTIONAL INSTITUTION;
DOCTOR TESSEMA; WARDEN GALLEY,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Peter J. Messitte, District Judge. (CA-
00-3685-PJM)

_____

Submitted: April 25, 2002          Decided: May 6, 2002

_____

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

William H. Mathews, Appellant Pro Se.  Donald Joseph Crawford,
ADELMAN, SHEFF & SMITH, Rockville, Maryland; John Joseph Curran,
Jr., Attorney General, Stephanie Judith Lane-Weber, Assistant
Attorney General, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William H. Mathews appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Mathews v. Briggs, No. CA-00-3685-PJM (D. Md. filed Nov. 29, 2001 & entered Nov. 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED